# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02050-GPG-TPO

CAROL HALL,

    Plaintiff,

v.

MARRIOTT HOTEL SERVICES, LLC, a foreign limited
liability company, and
MONARCH LANDSCAPE HOLDINGS, LLC, a Colorado
limited liability company,

    Defendants.

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto that the Complaint of the Plaintiff and this cause of action be dismissed, with prejudice, all matters in controversy being settled, each party to pay their own costs and attorneys' fees. This stipulation does not involve any admission of liability by Defendant Marriott Hotel Services, LLC or Defendant Monarch Landscape Holdings, LLC.

IT IS FURTHER STIPULATED that upon presentment of the original of this Stipulation properly signed by the attorneys that the Court may enter an Order pursuant to the terms hereof.

Respectfully submitted June 6, 2025.

| | |
|---|---|
| /s/ Jordan Levine<br>Jordan Levine<br>Wesley Enns<br>4500 Cherry Creek Drive South, Suite 400<br>Denver, CO 80246<br>(303) 333-8000<br>jordan@levlawllc.com<br>wenns@levlawllc.com<br>*Attorneys for Plaintiff* | /s/ Karin B. Williamson<br>Karin B. Williamson<br>Childs McCune, LLC<br>1700 Lincoln Street, Suite 2400<br>Denver, CO  80203<br>(303) 296-7300<br>kwilliamson@childsmccune.com<br>*Attorneys for Defendant Marriott Hotel Services, LLC* |

/s/ Nathan A. Klotz
Nathan A. Klotz
William A. Rogers, III
Dietze and Davis, P.C.
2060 Broadway, Suite 400
Boulder, CO 80302
nklotz@dietzedavis.com
wrogers@dietzedavis.com
*Attorneys for Defendant Monarch Landscape Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a true and correct copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court using the CM/ECF system, with service upon the following:

*Counsel for Plaintiff*
Jordan Levine
Wesley Enns
4500 Cherry Creek Drive South, Suite 400
Denver, CO 80246
(303) 333-8000
jordan@levlawllc.com
wenns@levlawllc.com

*Counsel for Defendant Monarch Landscape Holdings, LLC*
Nathan A. Klotz
William A. Rogers, III

Dietze and Davis, P.C.
2060 Broadway, Suite 400
Boulder, CO 80302
nklotz@dietzedavis.com
wrogers@dietzedavis.com

                                                    *s/ Karin B. Williamson*
                                                    Karin B. Williamson